App. Div.]        First Department, January, 1914.

George T. Hancock v. Hartford Fire Insurance Company.— Motion to dismiss appeal granted, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of William F. Browne, Deceased.— — Motion to dismiss appeal granted, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

August Petrie v. Walburga C. Meixel, Impleaded, etc.— Motion to dismiss appeal granted, without costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Hyman Becker and Others v. Cloak and Skirt Makers' Union, Local No. 35, and Others.— Motion to dismiss appeal granted, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York v. Julius Orbach.— Motion to dismiss appeal granted.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York v. Charles Torti.— Motion to dismiss appeal granted unless appellant comply with terms stated in order.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Hudson Hoagland, Deceased.— Motions denied, with ten dollars costs.   Memorandum per curiam.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Annie Sovinsky v. Francis Steinberg and Others, Impleaded, etc.— Motion denied, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

American Woolen Company of New York v. Harry Moskowitz and Others.— Motion denied, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Edward Oswald v. Underpinning and Foundation Company.— Motions denied, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

William L. Gallagher v. Royal Mail Steam Packet Company.— Motion denied, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Josephine D. Bell v. Press Publishing Company.— Motion denied, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Rosa Baynard, as Administratrix, v. Pittsburg Contracting Company.— Motion denied, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York v. Louis Markheim.— Time to file printed papers on appeal extended to January 22, 1914.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.